```
PHILLIP WESLEY SUMMERLIN     JPMCB                      US ATTORNEY GENERAL
20245 HWY 18                 MAILCODE LA4-7100          US DEPT OF JUSTICE
RAYMOND, MS 39154            700 KANSAS LANE            950 PENNSYLVANIA AVENW
                             MONROE, LA 71203           WASHINGTON, DC 20530-00


THOMAS C. ROLLINS, JR.       LYNSEY SUMMERLIN
THE ROLLINS LAW FIRM, PLLC   20245 HWY 18
P.O. BOX 13767               RAYMOND, MS 39154
JACKSON, MS 39236


CAPITAL ONE                  PENFED CU
ATTN: BANKRUPTCY             2930 EISENHOWER AVE
P.O. BOX 30285               ALEXANDRIA, VA 22314
SALT LAKE CITY, UT 84130


CITIBANK                     PENNYMAC
P.O.BOX 790046               PO BOX 514387
ST LOUIS, MO 63179           LOS ANGELES, CA 90051


CITIBANK                     SYNCHRONY BAN
P.O.BOX 790046               ATTN: BANKRUPTCY
ST. LOUIS, MO 63179          PO BOX 965060
                             ORLANDO, FL 32896


COMENITY BANK                SYNCHRONY BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 182125                P.O. BOX 161527
COLUMBUS, OH 43218           DULUTH, MN 55816


FIGURE LENDING               SYNCHRONY BANK
ATTN: BANKRUPTCY             PO BOX 71757
PO BOX 40534                 PHILADELPHIA, PA 19176
RENO, NV 89504


INTERNAL REVENUE SERVI       SYNCHRONY BANK
CENTRALIZED INSOLVENCY       ATTN: BANKRUPTCY
P.O. BOX 7346                PO BOX 965064
PHILADELPHIA, PA 19101-7346  ORLANDO, FL 32896


INTERNAL REVENUE SERVI       SYNCHRONY BANK
C/O US ATTORNEY              ATTN: BANKRUPTCY
501 EAST COURT ST            PO BOX 965060
STE 4.430                    ORLANDO, FL 32896
JACKSON, MS 39201
```