Certificate Number: 12433-MSS-DE-040042293

Bankruptcy Case Number: 25-01832



12433-MSS-DE-040042293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2025, at 9:29 o'clock PM CDT, Phillip W. Summerlin completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   September 2, 2025          By:    /s/Lisa Susoev

                                   Name:  Lisa Susoev

                                   Title: Teacher