**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                          **CHAPTER 13 NO.:**

**PHILLIP WESLEY SUMMERLIN**                                        **25-01832 – JAW**

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Motion to Dismiss the above-style and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor's Plan fails to provide a provision for the pre-petition mortgage arrearage claim filed by PennyMac Loan Services. The Debtor should be required to file a modified plan that provides treatment of the mortgage arrearage claim or this case should be dismissed.

2. Other grounds to be shown at a hearing hereon.

WHEREFORE PREMISES CONSIDERED, Trustee prays that this Motion be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 5, 2025

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Phillip Wesley Summerlin
20245 Highway 18
Raymond, MS 39154

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020

PennyMac Loan Services, LLC
PO Box 660929
Dallas, TX 75266-0929

Kimberly D. Putnam
Kim.mackey@ms.creditorlawyers.com

Dated: September 5, 2025

                                        /s/ Harold J. Barkley, Jr.
                                        HAROLD J. BARKLEY, JR.