IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                     CHAPTER 13 NO.:

PHILLIP WESLEY SUMMERLIN                    25-01832 – JAW

## ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK #     ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

*/s/ Justin B. Jones*

JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM