

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 12, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                            CHAPTER 13 NO.:

PHILLIP WESLEY SUMMERLIN                       25 – 01832 – JAW

## AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #18]; and the parties agree as follows:

THAT the Trustee's Motion to Dismiss is hereby withdrawn.

THAT, the Debtor's Plan is hereby modified to provide the Debtor's direct payment of the projected escrow shortage and prepetition fees due comprising the pre-petition arrears in the amount of $1,502.52.

THAT, the Trustee is authorized to make no payments on the pre-petition arrears.

THAT, PennyMac Loan Services shall be authorized to recoup any projected escrow shortage or pre-petition fees on the next regularly scheduled escrow analysis.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR