United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01832-JAW
Phillip Wesley Summerlin Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Sep 12, 2025    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

**Recip ID    Recipient Name and Address**
db    + Phillip Wesley Summerlin, 20245 Hwy 18, Raymond, MS 39154-9215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Phillip Wesley Summerlin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: Sep 12, 2025  Form ID: pdf012  Total Noticed: 1
TOTAL: 5



SO ORDERED,

Jamie A. Wilson

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 12, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 NO.:

PHILLIP WESLEY SUMMERLIN                                  25 – 01832 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #18]; and the parties agree as follows:

THAT the Trustee's Motion to Dismiss is hereby withdrawn.

THAT, the Debtor's Plan is hereby modified to provide the Debtor's direct payment of the projected escrow shortage and prepetition fees due comprising the pre-petition arrears in the amount of $1,502.52.

THAT, the Trustee is authorized to make no payments on the pre-petition arrears.

THAT, PennyMac Loan Services shall be authorized to recoup any projected escrow shortage or pre-petition fees on the next regularly scheduled escrow analysis.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM


/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR