# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE DIVISION

| | |
|---|---|
| In Re: | Case No. 25-01832-JAW |
| Phillip Wesley Summerlin | Chapter 13 |
| Debtor(s). | Judge Jamie A. Wilson |

## REQUEST FOR NOTICE AND SERVICE OF COPIES

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

    PLEASE TAKE NOTICE that Hill Wallack LLP, as authorized agent for the interested party identified below, request that a copy of each document, pleading, notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Federal Rules of Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court, and the United States Bankruptcy Code, be served upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

                        Respectfully submitted,
                        Hill Wallack LLP

                        /s/ Leslie Rushing
                        Leslie Rushing
                        Hill Wallack LLP
                        300 S. Orange Avenue, Suite 1000
                        Orlando, Florida 32801
                        Phone: 561-858-2661
                        Email: lrushing@hillwallack.com
                        Authorized agent for NewRez LLC dba
                        Shellpoint Mortgage Servicing as servicer
                        for Saluda Grade Alternative Mortgage
                        Trust 2021-FIG2

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE DIVISION

| | |
|---|---|
| In Re: | Case No. 25-01832-JAW |
| Phillip Wesley Summerlin | Chapter 13 |
| Debtor(s). | Judge Jamie A. Wilson |

## CERTIFICATE OF SERVICE
## OF REQUEST FOR NOTICE AND SERVICE OF COPIES

      I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before September 24, 2025, via the manner of service indicated below.

**VIA CM/ECF ELECTRONIC NOTICE**

Attorney
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
trollins@therollinsfirm.com

Trustee
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296
HJB@HBarkley13.com

U.S. Trustee
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201
Email: USTPRegion05.JA.ECF@usdoj.gov

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

Phillip Wesley Summerlin
20245 Hwy 18
Raymond, MS 39154

            By: /s/ Leslie Rushing
              Leslie Rushing
              Hill Wallack LLP