United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01832-JAW
Phillip Wesley Summerlin Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Sep 25, 2025     Form ID: n031     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Wesley Summerlin, 20245 Hwy 18, Raymond, MS 39154-9215 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 300 S Orange Avenue Suite 1000, Orlando, FL 32801-5403 |
| 5539531 | + | Lynsey Summerlin, 20245 Hwy 18, Raymond, MS 39154-9215 |
| 5539535 | + | Synchrony Bank, Attn: Bankruptcy, P.O. Box 161527, Duluth, MN 55816-1527 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5539523 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2025 19:39:11 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5539524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 19:39:08 | Citibank, P.O.Box 790046, St Louis, MO 63179-0046 |
| 5539526 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 19:31:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5539528 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2025 19:31:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5539527 | ^ | MEBN | Sep 25 2025 19:30:53 | Figure Lending, Attn: Bankruptcy, Po Box 40534, Reno, NV 89504-4534 |
| 5539529 | + | Email/Text: ebone.woods@usdoj.gov | Sep 25 2025 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5560678 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 25 2025 19:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5555328 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 25 2025 19:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5539530 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2025 19:39:11 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5544464 | + | Email/Text: msecf@ms.creditorlawyers.com | Sep 25 2025 19:31:00 | Kimberly D. Putnam, Dean Morris, LLC, For PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5567604 | | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2025 19:31:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5539532 | + | Email/Text: bkrgeneric@penfed.org | Sep 25 2025 19:31:00 | PenFed CU, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5539533 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2025 19:39:08 | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5560488 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2025 19:39:08 | PennyMac Loan Services, LLC, PO BOX 2410, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: n031 | Total Noticed: 25 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Moorpark, CA 93020-2410 |
| 5566743 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 19:39:03 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5567303 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2025 19:31:00 | Saluda Grade Alternative Mortgage Trust 2021-FIG2, c/o NewRez LLC dba Shellpoint Mortgage S, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5539534 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 19:39:12 | Synchrony Ban, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5539536 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 19:39:04 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 5539538 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 19:39:03 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5539537 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 19:39:11 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5539539 | ^ | MEBN | Sep 25 2025 19:30:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5539525 | *+ | Citibank, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5566744 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: n031 | Total Noticed: 25 |

on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr

on behalf of Debtor Phillip Wesley Summerlin trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01832−JAW
**Chapter:** 13

**In re:**

Phillip Wesley Summerlin
20245 Hwy 18
Raymond, MS 39154

Notice of Entry of Order Confirming Plan

The Court entered an Order on September 25, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 25, 2025                              Danny L. Miller, Clerk of Court