| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Phillip Wesley Summerlin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi (State) |
| Case number | 25-01832 |

Official Form 410S1

# Notice of Mortgage Payment Change         12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Saluda Grade Alternative Mortgage Trust 2021-FIG2        **Court claim no.** (if known): 9-2

**Last four digits** of any number you use to identify the debtor's account: 7308

**Date of payment change:** Must be at least 21 days after date of this notice: 01/23/2026

**New total payment:** Principal, interest, and escrow, if any: $578.86
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____      New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %      New interest rate: _____ %
   Current principal and interest payment $ _____      New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   - ☐ No
   - ☒ Yes

   | | | |
   |---|---|---|
   | Current HELOC payment: | $578.86 | |
   | Reconciliation amount: | + $ N/A | or |
   | | - $ N/A | |
   | Amount of next payment (including reconciliation amount) | | $578.86 |
   | Amount of the new payment thereafter (without reconciliation amount) | | $578.86 |

| Debtor 1 | Phillip Wesley Summerlin | Case Number (if known) | 25-01832 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:** _____

   **Current mortgage payment:** _____   **New mortgage payment:** _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Shelby Mashigian
Signature

| | | | |
|---|---|---|---|
| Print: | Shelby Mashigian | Title | Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| | First Name   Middle Name   Last Name | | |
| Company | Bonial & Associates, P.C. | | |
| Address | 14841 Dallas Parkway, Suite 350 | | |
| | Number   Street | | |
| | Dallas, Texas  75254 | | |
| | City   State   Zip Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |

Date  01/09/2026

## CERTIFICATE OF SERVICE OF PAYMENT CHANGE NOTICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before January 9, 2026 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**  *Via U.S. Mail*
Phillip Wesley Summerlin
20245 Hwy 18
Raymond, MS 39154

Respectfully Submitted,

/s/ Shelby Mashigian
Shelby Mashigian

## Notice of Mortgage Payment Change: Addendum

The monthly payment consists of accrued finance charges on the Principal Balance as defined in the agreement attached to the Proof of Claim. As such, ongoing post-petition payments can change each month depending on the account balance during each billing cycle.