IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                               CHAPTER 13 NO.:

PHILLIP WESLEY SUMMERLIN                                              25 – 01832 – JAW

## O R D E R

THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK #      ]; and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, Debtor's plan is modified to pay PennyMac Loan Services, LLC the amount of $275.00 over the remaining term of the confirmed plan.

THAT, the Debtor's wage order shall be amended as necessary to comply with the terms of this order.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

*/s/ Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM