**Fill in this information to identify the case:**

Debtor 1    Phillip Wesley Summerlin

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern    District of Mississippi
                                                                                               (State)

Case number   25-01832-JAW

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Saluda Grade Alternative Mortgage Trust 2021-FIG2    **Court claim no**. (if known):   9

**Last 4 digits** of any number you use to identify the debtor's account:    7   3   0   8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/23/25 | (5) | $ 100.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: 410a | 9/23/25 | (11) | $ 50.00 |
| 12. Other. Specify: Plan Review | 9/23/25 | (12) | $ 200.00 |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2                  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**                  page **1**

Debtor 1  **Phillip Wesley Summerlin**  Case number (*if known*) 25-01832-JAW
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Leslie Rushing   Date 02/11/2026
Signature

Print: **Leslie Rushing**   Title **Authorized Agent for Creditor**
First Name   Middle Name   Last Name

Company: Hill Wallack LLP

Address: 300 S Orange Ave, Suite 1000
Number   Street
Orlando, FL 32801
City   State   ZIP Code

Contact phone (561) 858 – 2661   Email lrushing@hillwallack.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| In Re: | Case No.: 25-01832-JAW |
|---|---|
| Phillip Wesley Summerlin | Chapter 13 |
| Debtor. | Bankruptcy Judge: Jamie A. Wilson |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed and was served on __February 11, 2026__ by ECF or First-Class Mail, Postage Prepaid upon:

**Phillip Wesley Summerlin**
20245 Hwy 18
Raymond, MS 39154
**Debtor**

**Thomas Carl Rollins, Jr**
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
**Debtor's Counsel**

**Harold J. Barkley, Jr.**
P.O. Box 4476
Jackson, MS 39296-4476
**Trustee**

**United States Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201
**U.S. Trustee**

Dated: 02/11/2026

Respectfully submitted,

/s/     Christina Costanza
Hill Wallack, LLP