B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      §
         §    **CASE NO. 25-01832**
**PHILLIP WESLEY SUMMERLIN**    §
     **DEBTOR**         §

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Delaware Trustee of Saluda Grade Alternative Mortgage Trust 2021-FIG2 | Saluda Grade Alternative Mortgage Trust 2021-FIG2 c/o NewRez LLC dba Shellpoint Mortgage S |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

     **Cornerstone Servicing**
     **PO Box 4638**
     **Englewood, CO 80155**

Court Claim # (if known): 9-2
Amount of Claim: $64,012.07
Date Claim Filed: 11/12/2025

Phone:
Last Four Digits of Acct #: **xxxxxx6523**

Phone:
Last Four Digits of Acct.# xxxxxx**7308**

Name and Address where transferee payments should be sent (if different from above):

     **Cornerstone Servicing**
     **PO Box 660217**
     **Dallas, TX 75266-0217**

Phone:
Last Four Digits of Acct #: **xxxxxx6523**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
     Transferee/Transferee's Agent     Date:       5/21/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1MSS_Cornerstone_[5007-N-0740]_TOC_2501832_SUMMERLIN_9_07Q2_174

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before <u>May 26, 2026 via U.S</u> Mail.  All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor**                 *Via U.S. Mail*
Phillip Wesley Summerlin
20245 Highway 18
Raymond, MS 39154-9215

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman